JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKPORT ADMINISTRATIVE SERVICES, LLC; ROCKPORT HEALTHCARE SUPPORT SERVICES, LLC; BRIUS MANAGEMENT CO.; BRIUS MANAGEMENT, LLC; and SHLOMO RECHNITZ,<br><br>Defendants. | No. CV 22-02623-MRA-AGRx<br><br>**ORDER DISMISSING THE CASE WITHOUT PREJUDICE** |

The Relator, Jane Doe, having filed a Notice of Voluntary Dismissal of this action, and the United States of America and State of California having filed their Notice of Consent to Dismissal Without Prejudice, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and California Government Code section 12652(c)(1), the Court rules as follows:

IT IS HEREBY ORDERED THAT this action is dismissed without prejudice, in its entirety and as to all the defendants.

IT IS SO ORDERED.

Dated: October 18, 2024

_____
MÓNICA RAMÍREZ ALMADANI
United States District Judge